```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. LANA MORTON-OWENS
 4  Assistant United States Attorney
    California State Bar No. 233831
 5  General Crimes Section
         1200 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:    (213) 894-3547
         Facsimile:    (213) 894-0141
 8       Email: lana.morton-owens@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-0153-MMM |
|---|---|
| Plaintiff, | ) <u>DECLARATION OF ERIC CARREON IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS</u> |
| v. | |
| RICHARD MICHAEL WELTON, | ) Hearing Date: July 13, 2009 |
| Defendant. | ) Hearing Time: 1:15 p.m. |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, respectfully submits the declaration of Eric Carron in support of government's July 6, 2009 Opposition to Defendant's Motion to Suppress Evidence. Agent Carreon's declaration is fully referenced and cited in government's opposition and it is believed all parties, as well as the Court have a copy of this declaration. Nevertheless, in an abundance

of caution, the government is submitting this declaration prior to the hearing date scheduled for defendant's Motion to Suppress as Agent Carreon is expected to testify at that hearing.

Dated: July 11, 2009

                              Respectfully submitted,

                              THOMAS P. O'BRIEN
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____/s/_____
                              J. LANA MORTON-OWENS
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

## DECLARATION OF ERIC CARREON

I, Eric Carreon, declare and state:

1. I am a Parole Agent with the Department of Corrections. I have been a parole Agent for ten years.

2. I have attended the parole agent academy in Sacramento which consists of 6 weeks of supervising various types of parolees. In 2001 I was assigned to the Community Law enforcement and recovery task force where monitored and tracked different gang members. I have attended approximately 80 hours of sex offender training. In November 2007 I was assigned a sex offender case load where I was supervising 40 male parolees.

3. I have been Richard Michael Welton's supervising Parole agent since approximately May 2008.

4. On or about August 23, 2008, I was contacted by FBI Special Agent Stephanie Benitez who informed me that Mr. Welton's fingerprints were located on images of child pornography. Based on that allegation, I determined it was necessary to conduct a parole search to determine whether Mr. Welton was in compliance with the terms of his parole.

5. At approximately 10:00 a.m. on September 18, 2008, my partner Agent Limon and I arrived at Mr. Welton's residence, which is a room inside Sornso Auto Repair, in Covina, California. While Mr. Welton's residence is subject to search conditions, only his actual room is affected by the conditions. This was the first parole search that I had conducted in relation to Mr. Welton's parole. Prior to September 18, 2008, I had not conducted any parole searches of Mr. Welton's property.

6. When I arrived at the shop, Mr. Welton was moving a bottle of water. As I approached, I told him to put the water down so I could speak with him. Mr. Welton put the water down. I did not physically restrain Mr. Welton in any manner.

7. At that time, SA Benitez and her partner arrived at the garage. As they walked up, I introduced them to Mr. Welton and explained that they were with the FBI and had some questions for him. At no time did I order Mr. Welton to speak with the FBI Agents. Mr. Welton appeared to be speaking with the FBI agents willingly. I witnessed him accompany the two agents into Mr. Welton's supervisor's office. SA Benitez had asked for a private place away from where the search was being conducted, and that was the only available location.

8. I heard SA Benitez state that she wanted to speak with Mr. Welton, but that he was free to leave if he wanted. Mr. Welton continued to walk with the agents. At no time did I enter the office or participate in any manner in the interview.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of July, 2009, at Los Angeles California.

_____
ERIC CARREON

2