1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   J. LANA MORTON-OWENS
4  Assistant United States Attorney
   California State Bar No. 233831
5  General Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:    (213) 894-3547
        Facsimile:    (213) 894-0141
8       Email: lana.morton-owens@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11
                   UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA,    ) CR No. 09-0153-MMM
                                 )
15           Plaintiff,          ) GOVERNMENT'S SUPPLEMENTAL BRIEF
                                 ) RE: AUTHENTICATION OF
16      v.                       ) HEADER/FOOTER INFORMATION
                                 )
17  RICHARD MICHAEL WELTON,      ) Trial Date: 8-4-2009
                                 ) at 8:30 a.m.
18           Defendant.          )
                                 )
19  _____ )

20

21       Plaintiff United States of America, by and through its

22  attorney of record, the United States Attorney for the Central

23  District of California, respectfully submits this supplemental

24  brief regarding the authentication of computer generated header-

25  footer information contained on images of child pornography.

26

27

28

This brief is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit at any hearing on this motion.

Dated: July 24, 2009

                                    Respectfully submitted,

                                    THOMAS P. O'BRIEN
                                    United States Attorney

                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____/s/_____
                                    J. LANA MORTON-OWENS
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION AND FACTUAL BACKGROUND**

Defendant Richard Michael Welton ("defendant") received and possessed approximately 42 images of child pornography after having previously been convicted of possession of child pornography. Defendant downloaded these images from the internet and then printed them and stored them inside the nursery of a church in Los Angeles, California. On the top and bottom of most of the printed pages are website address, IP address, and metadata information. (See Declaration of J. Lana Morton-Owens in Support of Government's Motion in Limine ("Morton-Owens") at ¶ 3; Exh. 1.) Moreover, many of the images also contain a print date and time stamp. Id. The Court ruled on July 17, 2009, that this header/footer information is not hearsay and will be admissible provided the items can be properly authenticated at trial.

The government intends to authenticate this header/footer information in two separate ways. First, several witnesses will testify regarding the actual printed images containing the computer generated header/footer information. Specifically, David Robertson will testify that he found the images in the church and that the images contained the header/footer information when he found them. Second, computer forensics expert Chris Christopherson is expected to testify regarding the origin and meaning of the header/footer information. Specifically, he is expected to testify that the header/footer

information is computer generated, and was downloaded from the internet, identify certain characteristics of the information and how it corroborates defendant's confession that he downloaded the images, and explain to the jury how the internet and the computer used function to create the information contained in the header-footer information.

**II. ARGUMENT**

    A.   <u>The Images, Including the Header-Footer Information, are Authenticated Through Personal Knowledge of Witnesses</u>

The foundational "requirement of authentication or identification as a condition precedent to admissibility is satisfied by evidence sufficient to support a finding that the matter in question is what its proponent claims."  Fed. R. Evid. 901(a); see also <u>United States v. Harrington</u>, 923 F.2d 1371, 1374 (9th Cir. 1991).  "The government need only make a prima facie showing of authenticity, as 'the rule requires only that the court admit evidence if sufficient proof has been introduced so that a reasonable juror could find in favor of authenticity or identification.'"  <u>United States v. Black</u>, 767 F.2d 1334, 1342 (9th Cir. 1985) (quoting 5 J. Weinstein & M. Berger, Weinstein's Evidence Par. 901(a)[01], at 901-16 to -17 (1983)).  The government must also establish a connection between the proffered evidence and the defendant. <u>See id.</u>

Under the Federal Rules of Evidence 901(b)(1), a witness with personal knowledge may authenticate an item of evidence.

1  Here, David Robertson is expected to state that he personally
2  found the images, including the header/footer information, inside
3  the nursery of the First Presbyterian Church.  He is expected to
4  testify that the relevant government's exhibits are the images he
5  found inside the church.  Therefore, his testimony will
6  authenticate the images in question, namely that government's
7  exhibits are the images found inside the Church.

8       B.   <u>Expert Testimony Regarding the Header/Footer</u>
9            <u>Information is Proper</u>

10       As addressed above, the government intends to authenticate
11  the images which contain the computer generated information
12  through witnesses with personal knowledge that the images purport
13  to be those found in the First Presbyterian Church with
14  defendant's fingerprints on them.

15       Notwithstanding that testimony, the government's forensics
16  expert will offer expert testimony regarding the origin of the
17  information.  His expert testimony will identify that the source
18  of the information is the internet through the use of a computer.
19  This information will not be used to authenticate the images or
20  the header/footer information, but instead as evidence of receipt
21  of the images through the use of a computer and the internet.
22  ///
23
24
25
26
27
28                                 3

**III. CONCLUSION**

   For the foregoing reasons, the government respectfully submits that it can properly authenticate the computer generated header/footer information.

Dated: July 24, 2009

                                   Respectfully submitted,

                                   THOMAS P. O'BRIEN
                                   United States Attorney

                                   CHRISTINE C. EWELL
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/
                                   _____
                                   J. LANA MORTON-OWENS
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA