SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
JOHN LITTRELL (No. 221601)
Deputy Federal Public Defender
(E-mail: John_Littrell@fd.org
321 East Second Street
Los Angeles, California  90012
Telephone (213) 894-5310
Facsimile (213) 894-0081

Attorneys for Defendant
RICHARD MICHAEL WELTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 09-153-MMM |
| | ) | |
| Plaintiff, | ) | MR. WELTON'S |
| | ) | SUPPLEMENTAL |
| v. | ) | DECLARATION OF COMPUTER |
| | ) | FORENSICS EXPERT ERIC ROBI |
| RICHARD MICHAEL WELTON, | ) | RE: AUTHENTICATION OF |
| | ) | HEADER / FOOTER |
| Defendant. | ) | INFORMATION |
| | ) | |
| | ) | |

        Richard Michael Welton, through his counsel, Deputy Federal Public

Defender John Littrell, hereby submits the attached declaration of Computer

Forensics Analyst Eric Robi in response to the Government's Supplemental Brief Re:

Authentication of Header / Footer Information, filed on July 24, 2009.


                                        Respectfully submitted,

                                        SEAN K. KENNEDY
                                        Federal Public Defender


DATED:     July 28, 2009          By_____/s/_____
                                        JOHN LITTRELL
                                        Deputy Federal Public Defender

### DECLARATION OF ERIC A ROBI

I, Eric A. Robi, declare that I have personal knowledge of the following, and if called upon to do so, could and would testify competently to the matters contained herein:

1. I, Eric Robi, have been retained as a forensic computer expert in the case of United States v. Richard Michael Welton, CR 09-153-MMM. I am President of Federal Forensics Group with offices at 5777 W. Century Blvd., Suite 1015, Los Angeles, CA 90045. I make this declaration pursuant to 28 U.S.C. §Section 1746.

2. I am a Certified Computer Examiner and computer forensics consultant. My company works in the area of litigation and electronic discovery. I have been qualified as an expert witness in both Federal and California State courts in both criminal and civil actions. I am immediate past President of the Los Angeles Chapter President of the Forensic Expert Witness Association and served as Secretary on the State board of the same organization which has approximately five hundred experts in several states. In the last five years I have testified approximately sixteen times as a computer expert in criminal and civil cases in both Federal and State Courts for plaintiffs and defendants. I have been retained in well over 200 cases. I have examined thousands of hard drives and computer evidence in over six years of professional practice.

3. I have extensive experience with personal computers and operating systems both personally and professionally. I teach advanced computer forensics classes at California State University Fullerton Extended Education and I also sit on a forensics advisory board at the same institution. I attend continuing education training on an annual basis in the area of computer forensics, security and mobile devices. I was a software developer in the 1990s working in the area of computer-based-training.

4. I have personally built and repaired many computers over the last 20 years. I have knowledge and experience in the operations of computer operating systems such as Microsoft Windows and also in computer hardware such as motherboards and the BIOS (Basic Input Output System) which is used to store date and time information.

5. A functioning computer is comprised of hardware and software. An operating system, such as Microsoft Windows (which is software) interacts with the hardware so as to provide functionality to the end user. A part of the computer known as the "motherboard" (which is hardware) is a large printed circuit board which has connectors for a hard drive, memory, DVD/ROM and other components.

6. Modern motherboards intended for use with Microsoft Windows contain a BIOS (Basic Input Output System) which is used to "boot" a computer when it is started. The BIOS also interacts with a special "clock" chip on the motherboard. This "clock" chip (known as an oscillator) requires constant electrical power to operate. On most motherboards there is a small battery which maintains power to the clock and BIOS. Since a computer is not mechanical like a wind-up watch, but rather an electronic device; the clock is electrically powered and requires a battery to maintain the time. Microsoft Windows reads the BIOS when the computer is started and gets the date and time from the BIOS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7.  If there is a problem with the BIOS, Windows may not get an accurate time from the BIOS. When Windows is running, the time displayed in the lower right hand corner of the task bar is generally indicative of the time read from the BIOS. There are however instances when the time indicated by Windows, do not match the BIOS. There are several situations which might cause the Windows clock to be inaccurate.

8.  For example, if a user deliberately double clicks on the clock on the taskbar in Windows, the user can change the date and time at will. As a test, I was able to change my clock to June 20, 1980. I was also able to change it to July 1, 2085 with a few clicks. When I then visited a site on the internet and printed out a page, the pages indicated they were printed on June 20, 1980 and July 1, 2085 respectively. See Exhibits A, B.

9.  It is trivially simple to change the clock in Windows. However, doing this generally leaves artifacts on the computer which indicate that the clock was changed. There is an area of the computer known as the registry which can record the clock being changed. There are several other indications that can indicate the computer clock has been altered. For example, many programs maintain a record of events in something known as a "log file". A log file is a simple text file that usually contains a date, time and event. There are several antivirus programs which maintain a log file of the times when a scan for viruses was run. As each event is recorded in normal forward chronological order, it is indicated by a sequential entry into the log file. However, if the computer clock is backdated or postdated, the log file will show a sequence of events that are out of chronological sequence. In situations like this, I have seen log files showing a sequence of events out of order such as: "March, April, July, May, June, Aug."

10. There can be other indications that the computer clock is not accurate. In a recent case I noted that there were searches on the computer for a murder several days prior to the actual crime itself. The searches were specific enough in nature that it seemed that the person doing the searching had possible knowledge about the location of the crime and which particular law enforcement agency that might respond. The government alleged in that case that the person conducting the searches was in fact the killer. I was unable to explain the logical discrepancy between the dates of the searching and the date of the crime until I examined that actual computer seized from the suspect's residence.

11. I examined the computer specifically to check the BIOS clock settings. When I attempted to boot the computer, I received a message that the time recorded by the BIOS was incorrect. In my experience this is generally due to a failure of the battery which is designed to keep the BIOS clock accurate. When the battery no longer has sufficient power to run the clock to design specification, the clock may behave erratically and produce unpredictable dates and times. I concluded in that case that the times of the searches were inaccurate because the BIOS clock did not have sufficient battery power for it to operate as intended by the computer manufacturer.

12. There are several variables which are essentially unknowable to a forensic analyst who is conducting an examination of a computer and the interaction between the hardware and the software. Since computer BIOS and the motherboard are specific to each manufacturer and there are many competitors in the computer market. Each BIOS is designed by its manufacturer specifically to function with a particular model of motherboard. The software code used to develop the BIOS is a trade secret and typically not shared beyond the confines of the manufacturer. Given the secrecy of the code and the specialized electrical and software engineering behind it, it is not possible to predict with accuracy how the computer clock will function if the battery does not have sufficient power. It may behave erratically, it may change the date, or it may reset back to a some date specified by the manufacturer. It is possible to test an individual computer to see how the clock functions when the battery is removed or discharged, but I would not opine that generalized conclusions can be made about how a discharged battery will affect BIOS time for all computers. Without access to the alleged computer at issue in the instant case, I would not be able to offer an opinion about the accuracy of its clock.

13. In the course of my business I am called upon to provide document authentication services. This is frequently in the realm of civil litigation with particular respect to contracts and emails. Often, a contract or email is produced and the date of its generation is challenged by the opposing party. In these cases, I am asked to provide an opinion as to a document or email's authenticity. One of the approaches that I take is to examine artifacts on the computer that tend to show the date and time are accurate or have been altered either deliberately or by some error of hardware and software. There are several lines of inquiry that I follow to examine the date and time. I will examine the BIOS time, compare it to a known calibrated time source and note the difference. I will examine log files to see if there are entries out of chronological sequence. I will examine the registry to see if the Windows clock has been accessed and changed. I will examine the internet browsing history and examine specific web pages that I know leave an accurate date imprint. I will examine hidden information known as metadata embedded in Microsoft Office documents that can help determine if the clock has been altered. These are some of the steps I took to authenticate a document in a recent contract dispute matter.

14. In a civil case, if a document is produced to me by either party to the litigation and I am asked to opine upon the authenticity of its creation date, I would be unable to form an opinion without access to the computer upon which it was generated. I work in the digital realm. The mere production of a contested paper document without supporting electronic evidence is an insufficient basis for me to reach a conclusion as to its creation date.

15. In the instant case I have to take the same approach to document authentication. I have not been provided the computer upon which the documents in question were created. I personally examined the printed discovery and a CD provided to me by the office of the Federal Public Defender containing approximately 52 JPG images and 45 redacted PDF files purporting to be web page print outs containing pornographic illustrations and photographs. The majority of these documents contain a date and time stamp in the lower right corner of the page with a date of 2005 or 2006.

16. However as no computer has been produced to me, I do not have sufficient evidence upon which to base an opinion regarding the accuracy of the dates represented on the print-outs. I believe it would be improper to conclude that the dates are accurate without an examination of supporting electronic evidence.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of July, 2009, at Los Angeles, California.

Eric A. Robi, CCE

**Exhibit A**

**Web page showing altered date of 6/20/1980**

chevrolet_equinox_lt1_2wd_2010 (JPEG Image, 450x225 pixels)                    http://l.yimg.com/dv/aic/chevrolet_equinox_lt1_2wd_2010?x=450&y...



6/20/1980 2:08 PM

**Exhibit B**

**Web page showing altered date of 6/1/2085**

chevrolet_equinox_lt1_2wd_2010 (JPEG Image, 450x225 pixels)          http://l.yimg.com/dv/aic/chevrolet_equinox_lt1_2wd_2010?x=450&y...



7/1/2085 2:08 PM