# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 09-00153-MMM |
| Date | July 29, 2009 |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| Interpreter | N/A |

| ANEL HUERTA | MARK SCHWEITZER | J. LANA MORTON-OWENS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RICHARD MICHAEL WELTON | ✔ | ✔ | | DFPD JOHN L. LITTRELL | ✔ | | ✔ |

**Proceedings:** EVIDENTIARY HEARING RE EX PARTE APPLICATION RE GOVERNMENT MISCONDUCT

The following witnesses were called, sworn and testify.

1. Stephanie Benitez
2. Anthony Scarpelli

The court takes defendant's motion re government misconduct under submission.

The court confers with counsel regarding defendant's request for a jury waiver. Defendant is advised of his right to a jury. The matter is taken under advisement..

---

| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | 01 : 39 |
|---|---|---|
| | | Initials of Deputy Clerk AH |