```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. LANA MORTON-OWENS (California Bar No. 233831)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-3547
         Facsimile: (213) 894-0141
 7       E-mail:    lana.morton-owens@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-CR-153-MMM |
|---|---|
| Plaintiff, | ) GOVERNMENT'S REQUEST FOR SPECIFIC |
|  | ) FINDINGS OF FACT UNDER FEDERAL |
| v. | ) RULE OF CRIMINAL PROCEDURE 23(C) |
|  | ) |
| RICHARD MICHAEL WELTON, | ) |
|  | ) |
| Defendant. | ) |

Pursuant the Court's Order Approving Waiver of Jury Trial dated August 3, 2009, and to Federal Rule of Criminal Procedure 23(c), the government hereby requests that, at the conclusion of trial in this matter, the Court make specific findings of fact in open court or in a written decision or opinion. The government

///
///
///

will file proposed findings of fact, as ordered by the Court, no later than Thursday, August 6, 2009, at 4:30 p.m.

DATED: August 3, 2009

                        Respectfully submitted,

                        THOMAS P. O'BRIEN
                        United States Attorney

                        CHRISTINE C. EWELL
                        Assistant United States Attorney
                        Chief, Criminal Division


                        /s/
                        J. LANA MORTON-OWENS
                        Assistant United States Attorney

                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA